**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__12/12/2025__

UNITED STATES OF AMERICA,

            - against -

EDWIN CARRASQUILLO, et al.,

              Defendants.

**21-CR-93 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

On April 22, 2025, counsel for the above-named defendant submitted a letter motion for a bill of particulars. (See Dkt. 347.) The Government is hereby directed to respond to the motion within fifteen (15) days from the date of this order.

**SO ORDERED.**

Dated:     12 December 2025
           New York, New York

Victor Marrero
U.S.D.J.