USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/13/26

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

- against -

EDWIN CARASQUILLO,

Defendant.

**21 Cr. 93 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

The Court is in receipt of an email dated October 10, 2026 from Counsel for Defendant Edwin Carrasquillo ("Carrasquillo"), requesting permission to file Exhibits A-F to Carrasquillo's Memorandum of Law in Support of his Omnibus Pretrial Motions (see Dkt. No. 780) under seal, pursuant to the Protective Order in this case. (See Dkt. No. 189.)

The Court hereby **GRANTS** Carrasquillo's request to file the exhibits under seal.

**SO ORDERED.**

Dated: 13 October 2026
New York, New York

Victor Marrero
U.S.D.J.